IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:10-cv-00701-JLK**

**KATHERINE FRANCIS,**
        Plaintiff
v.

**MEAD JOHNSON & COMPANY,**
        Defendant.

---

**ORDER ON MOTION TO DISMISS**

---

**Kane, J.**

After Defendant filed its Motion to Dismiss (Doc. 5), Plaintiff filed an Amended Complaint. Accordingly, Defendant's Motion to Dismiss (Doc. 5) is dismissed as moot.

Dated: September 30, 2010

                                                            **/s/John L. Kane**
                                                            U.S. Senior District Judge