IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:10-cv-00701-JLK**

**KATHERINE FRANCIS,**
    Plaintiff
v.

**MEAD JOHNSON & COMPANY,**
    Defendant.

---

**ORDER**

---

**Kane, J.**

This matter is currently before me on Defendant's Unopposed Motion to Stay Proceedings (doc. 36).  As I anticipated in my Minute Order dated September 16, 2010 (doc. 27), the Defendant has filed a motion to transfer all actions related to the marketing of its Enfamil Lipil products to the Southern District of Indiana for coordinated or consolidated pretrial proceedings.  That motion is set for argument on January 27, 2011.

It is apparent that a stay pending resolution of Defendant's motion to transfer will not prejudice either party.  Furthermore, it will better conserve the court's and the parties' resources.  Accordingly, Defendant's Unopposed Motion to Stay (doc. 36) is GRANTED pending resolution of its Motion for Transfer  by the Judicial Panel on Multidistrict Litigation.

Dated:  December 20, 2010                              BY THE COURT:

                                                                    **/s/John L. Kane**
                                                                    U.S. Senior District Judge